FW# 10573476

Duplicate Fid: 7004449

AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT

2018 MAY -8 AM 11: 47

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JUAN GUILLERMO NARANJO-HENAO,<br>also known as "Diego,"<br><br>*Defendant* | Case No: 1:18-cr-131<br>Assigned To: Judge Emmet G. Sullivan<br>Date Assigned: 5/3/2018<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Juan Guillermo Naranjo-Henao, also known as Diego                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Five Kilograms or more of cocaine for importation into the United States, in violation of Title 21 U.S.C. §§ 959(a), 960, and 963.
Aiding and Abetting in violation of Title 18 U.S.C. § 2.

Date:    05/03/2018

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

Magistrate Judge G. Michael Harvey
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/08/2018, and the person was arrested on *(date)* 09/13/24
at *(city and state)* Washington, DC.

Date: 09/13/24

_____
*Arresting officer's signature*

ACUAS, DVSM
*Printed name and title*