**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.: 18-CR-131 (RDM)** |
| **JUAN GUILLERMO NARANJO-HENAO,**<br>**also known as "Diego,"** | |
| **Defendant.** | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The United States and Defendant Juan Guillermo Naranjo-Henao (the "Defendant"), through undersigned counsel (the "parties"), respectfully submit this joint status report and response to the Court's February 5, 2025 Minute Entry, directing the parties to file a proposed schedule for trial and certain pretrial dates.

On January 17, 2025, the government filed a Motion for Complex Case Designation, in part based on the need to request additional material from the Government of Ecuador. *See* ECF Nos. 17 & 18.[1] The Defendant filed a Memorandum in Opposition on January 27, 2025. *See* ECF No. 19.

On February 5, 2025, the parties appeared before the Court for a status hearing, wherein the Court reserved decision on the opposed motion for complex case designation.

On February 6, 2025, the government's supplemental Mutual Legal Assistance Treaty (hereinafter "MLAT") request was approved by the Office of International Affairs ("OIA") and transmitted to the Government of Ecuador on February 11, 2025.

---

[1] The additional requested materials include, but are not limited to, "forensic extractions from multiple cellular devices and SIM cards seized from the Defendant and his co-conspirators, digital photographs, call record analysis reports, arrest warrants, fingerprint reports, surveillance video footage, and possible wiretap records." ECF No. 17 at 3.

On February 14, 2025, the government communicated a formal plea offer to Defense Counsel, which expires on February 28, 2025.

The parties have conferred and propose the following schedule:

Fed. R. Evid. 404(b) Notice: August 25, 2025

Expert Witnesses: August 25, 2025

Pretrial Motions and Motions in Limine: August 11, 2025 (motions); August 25, 2025 (responses); September 8, 2025 (replies)[2]

Evidentiary/Pretrial Motions Hearing: To be scheduled by the Court, as necessary

Exhibit lists: September 8, 2025 (submission); September 15, 2025 (admissibility objections); September 22, 2025 (replies)

Pretrial Conference: week of September 15, 2025

Proposed Joint Voir Dire: September 15, 2025

Proposed Joint Jury Instructions: September 15, 2025

Witness Lists: September 15, 2025

Trial: October 6, 2025

The Defendant continues to oppose the government motions to declare the case complex and to toll the Defendant's speedy trial rights. *See* ECF Nos. 17 & 18. The Defendant re-asserts his opposition to the government motions as set forth in his opposition at ECF No. 19. Therefore, while a *joint* trial schedule is submitted, it is done to comply with the Court's February 5, 2025, in-court and minute order, and it is done so only should the Court grant the government motions at ECF Nos. 17 & 18. Otherwise, the Defendant continues to assert his right to speedy trial and does not waive any such rights.

---

[2] The parties request to reserve the right to file additional motions as needed.

Should the Court grant the government relief and declare a complex case, the Defendant will file motions challenging the indictment, and request for bill of particulars. The Defendant will file such motions pursuant to the local rules and submits that any oppositions should follow deadlines for response that are consistent with the Local Criminal Rules, Rule 47 (a) and (b).

The government additionally requests that the Court exclude the time to the initial trial date from the Court's Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties submit that this proposed schedule would serve the ends of justice by affording the parties reasonable time necessary for effective preparation, particularly in light of the voluminous discovery (including returns from the recently transmitted supplemental MLAT request), Spanish-language documents and audio files that must be translated for use at trial, and the need to arrange for foreign witness travel.

Respectfully submitted this 14th day of February 2025 by:

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U. S. Department of Justice

___/s/__*Manuel Retureta*_____          ___/s/__*Douglas Meisel*_____
Manuel J. Retureta, Esq.                                      Douglas Meisel
District of Columbia Bar #430006                      Lernik Begian
300 New Jersey Ave., NW, Suite 900              Trial Attorneys
Washington, D.C. 20001                                     U. S. Department of Justice
(202) 450-6119                                                   Narcotic and Dangerous Drug Section
MJR@RETURETAWASSEM.COM                     145 N St., NE
                                                                               East Wing, Second Floor
                                                                               Washington, D.C. 20530
                                                                               douglas.meisel@usdoj.gov
                                                                               (202) 598-2281

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via ECF, to counsel of record for the defendant, this 14th day of February 2025.

By:        /s/ *Douglas Meisel*
              Douglas Meisel
              Trial Attorney
              Narcotic and Dangerous Drug Section
              Criminal Division
              U.S. Department of Justice