UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN NARANJO HENAO,<br>　　　　　　　Defendant. | Crim. Case No. 18-cr-00131 (RDM) |

### DEFENSE MOTION TO COMPEL GOVERNMENT DISCLOSURE OF INFORMATION REGARDING WITNESSES, CONFIDENTIAL INFORMANTS, AND COOPERATORS

COMES NOW DEFENDANT, Juan Naranjo Henao, by and through undersigned counsel, and respectfully submits this motion to compel the government to disclose discovery related to its witnesses, confidential informants, and cooperating criminals thirty (30) days before trial to preserve Mr. Naranjo's Fifth and Sixth Amendment rights to a fair trial.

### *Background*

On May 3, 2018, the government indicted Mr. Naranjo on charges of aiding and abetting and conspiracy to distribute five kilograms or more of cocaine for importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960, 963 and 18 U.S.C. § 2. Trial is scheduled to begin on October 6, 2025.

### *Authority & Argument*

Counsel's review of the discovery and related conversations with the government indicate that the government intends to rely on a multitude of witnesses

in its case against Mr. Naranjo to support its allegation that Mr. Naranjo was a member of a conspiracy alleged to span over a three-month period in 2018.  Mr. Naranjo anticipates that these witnesses will be instrumental in the government's attempt to establish that Mr. Naranjo was a member of the alleged conspiracy.

Moreover, because the facts surrounding the alleged conspiracy appear to have occurred in Ecuador, counsel anticipates that the majority of the government's witnesses will be of Ecuadorean origin.  Thus, this case presents unique challenges to the defense concerning its ability to identify and properly prepare to cross-examine the government's witnesses.

In order to ensure adequate protection to Mr. Naranjo's Fifth Amendment right to due process and his Sixth Amendment right of confrontation counsel needs a fair and appropriate amount of time to investigate these unknown witnesses from a foreign country and their alleged connection to Mr. Naranjo. In light of the anticipated difficulties and time it will take to conduct a proper investigation into foreign-based witnesses, the interests of justice insist that the Court order the government to disclose this information at least thirty (30) days prior to trial.

*Conclusion*

WHEREFORE, based on the foregoing, Mr. Naranjo respectfully requests that the Court enter an Order requiring the Government to disclose discovery related to its witnesses, confidential informants, and cooperating criminals thirty (30) days before trial.

*Conclusion*

WHEREFORE, Mr. Naranjo respectfully requests that the Court grant this motion.

Filed this 11th day of August 2025.

Respectfully submitted,

RETURETA  &  WASSEM,  P.L.L.C.

By:_____

Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Ave., NW, Suite 300
Washington, D.C.  20001
202-450-6119
MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 11th day of August 2025.

By:_____
Manuel J. Retureta, Esq.