**EXHIBIT B**

# ADVICE OF RIGHTS

Location:  [Handwritten] Quito, Ecuador

Date:  [Handwritten] 5/21/19

Time:  [Handwritten] 4:30 PM

**Before we ask you any questions, you should understand your rights:**

- ☑ You have the right to remain silent.
- ☑ Anything you say can be used against you in court.
- ☑ You have the right to talk to a lawyer for advice before we ask you any questions.
- ☑ You have the right to have a lawyer with you during the questioning.
- ☑ If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

Do you understand your rights?

Are you willing to answer some questions?

## WAIVER OF RIGHTS

☐ I have read or ☑ someone has read to me this advice of rights and I understand what my rights are. At this time, I am willing to freely and voluntarily answer questions without a lawyer present.

Signed  [*Signature*]

Witness: [*Signature*]

Witness: [*Signature*]

Time:  [Handwritten] 4:30 PM

FORM DEA-13 b(4-06) Spanish version

[TN: All checks in the boxes were all handwritten in the original document.]

00001836

JUDI R. O'BRIEN - CERTIFIED TRANSLATOR

SPANISH TO ENGLISH

Tel: ███████    email: ███████

TRANSLATOR'S STATEMENT

I, Judi R. O'Brien, Certified Translator Spanish into English, member in good standing of the American Translators Association, Member No: ███████, hereby declare that I did translate into English the attached Spanish document and that, to the best of my knowledge, the translation accurately reflects the contents and meaning of the Spanish original.

Original document(s):

1- DEA 13b_DIEGO

Translated document(s):

2- 1- DEA 13b_DIEGO English

This translation package comprises two (2) pages, including this certification.

August 15, 2025

Judi R. O'Brien

Certified Translator SP-EN (ATA)



Verify at www.atanet.org/verify