• E-MAIL  •TELEPHONE
WASHINGTON, DC

# JUDI O'BRIEN

## LANGUAGE SPECIALIST

Spanish <> English

## PROFESSIONAL EXPERIENCE

May 2010 - Present    United States Department of Justice, Criminal Division
*Language Specialist for the Narcotic and Dangerous Drug Section*
- Duties include the production of written English translations of foreign documentary evidence in Spanish, in hard copy and electronically stored formats, in support of prosecution of international narcotics trafficking cases. Project management duties include identifying project goals and performance measures, coordinating and monitoring project funds; developing policies, protocols, systems, and controls to effectively support language service program, evaluate effectiveness of program operations against appropriate criteria. Provide expert testimony for government in federal criminal trials and hearings. Develop guidance on cross examining foreign witnesses for manual for federal narcotics prosecutors. Ordering official on multimillion dollar language services contract with COR Level II training; 2-time chair of technical evaluation panel for contract recompete. Served as DOJ Criminal Division Language Access Working Group member.

2009 - 2010    Freelance Translator
*Independent Freelance Translator*
- Freelance translator and editor working for several translation agencies on a variety of subject matter including, but not limited to, legal, technical, transportation, environmental, conservation, alternative energy (solar, wind, biofuels, etc.), water treatment, business, advertising, medical, academic, as well as subtitling and movie scripts, and certified court-ready transcriptions of police interviews of Spanish speaking defendants.

1998 - 2009    New World Linguists, Inc.           Columbia, Maryland
*Co-owner*
- Co-founder and co-owner of a small, women-owned language company. Clients have included the International Union for Operating Engineers, McNeil Technologies (for clients such as DEA, ATF, USDA, National Defense University, Codex Alimentarius, Department of Defense), American Consulting Engineers Council, St. Mary's College of Maryland, Centers for Disease Control and Prevention, Russian Language Services, Ames Safety Envelope Co., Environmental Protection Agency, Federal Highway Safety Administration. Responsible for daily administrative duties, long-term strategic planning, contract acquisition, as well as translation, editing, hiring, verifying accuracy of translated documents.

2004-2005   McNeil Technologies, Boston, MA
*Contractor site supervisor*
- Contract project management consultant in support of DEA New England Field Division Title Regional Wire Rooms. Temporary consulting assignment to inaugurate company's New England Field Division contract, based in Boston. Trained and supervised Spanish

linguists in seven-day a week, sixteen-hour-day intercepts, transcription and translation, and document translation. Responsible for administrative duties, and liaison between DEA and McNeil Technologies. Contact point for case agents, and responsible for quality of content and format of deliverables. Responsible for linguists in all six New England states.

2000 - 2002    The Ventura Group, and McNeil Technologies    Washington, DC
*Bilingual editor*

- Bilingual editor of an on-line scholarly publication for the Center for Hemispheric Defense Studies. Responsible for launching a new on-line scholarly journal. Duties included soliciting manuscripts, assembling an Editorial Board, distributing manuscripts for peer review, corresponding and collaborating with authors and Board members in Spanish and English, editing and formatting accepted manuscripts, formatting publication for publication to the Web.

1998 - 1999    McNeil Technologies            Springfield, Virginia
*Project manager*

- Contract project management consultant in support of DEA New England Field Division and DEA San Diego Field Division Title III (non-consensual foreign language telephone intercept) Regional Wire Rooms. Temporary consulting assignment to inaugurate company's San Diego and Boston contracts. Trained and supervised nine Spanish linguists (four in New England) in seven-day a week, sixteen-hour-day intercepts, transcription and translation, and document translation. Responsible for administrative duties, and liaison between DEA and McNeil Technologies.

1997 - 1998    Ebon Research Systems            Newington, Virginia
*Quality control linguist*

- Provide foreign language support (Spanish) to DEA to satisfy operational and intelligence requirements. Monitor, transcribe, and translate foreign language intelligence material while adhering to federal laws and guidelines. Draft timely intelligence reports for Department of Justice consumers. Review and correct transcriptions and translations performed by others. Evaluate raw intelligence material to determine operational and intelligence value. Report information meeting time-sensitive criteria to joint federal law enforcement agencies.

## OTHER RELEVANT EXPERIENCE

April 2021 – June 2021    United States Department of Health and Human Services
*Field Program Specialist (Detail)*

- Travel deployment detail to the Administration of Children and Families, Office of Refugee Resettlement (ORR). Completed training and background check at the Dallas, Texas, Personnel Mobilization Center. Assigned to Emergency Influx Shelter (EIS) for unaccompanied migrant children. Duties: maintain line of sight and supervision of children; assess the needs of unaccompanied children in care; interview unaccompanied children in ORR custody and collect contact information for parents in home country and family members in the US; efficiently collect and provide information to ORR; staff Call Center to begin contacting parents and family members to expedite children's discharge to a US family member sponsor; assist ORR in identifying children requiring prioritization for placement based on vulnerable category or time in CBP custody. In addition, provided all the above-stated services to children in the Covid-19 isolation and quarantine dormitory, advocated for Covid isolated/quarantined children to ensure they received the

same services as children in regular dormitories, to include legal briefings and counsel, medical attention and care, regular and frequent telephone contact with sponsors and family, adequate meal service, access to health and hygiene facilities, recreation and entertainment opportunities, as well as facilitate case management for children in the Covid-19 isolation dorm.

## EDUCATION

October 2022    Universidad Nacional de Córdoba    Córdoba, Argentina
*Graduate Certificate, Lengua Española en Uso [Spanish Language Usuage]*

May 2016    American University    Washington, DC
*Master of Arts, Spanish and Latin American studies*

1992 - 1995    Universidad de Costa Rica    San José, Costa Rica
*Master of Arts program in Central American History*
Completed program of study with 'A' average (thesis not filed for completion of degree).

May 1991    St. Mary's College of Maryland    St. Mary's City, Maryland
*Bachelor of Arts, History; Minor in Spanish/Latin American studies*

## CERTIFICATIONS

Certified by American Translator's Association for Spanish > English

2016, Passed Federal Court Interpreter Certification (FCIC) Written Exam

January 2010, Language Evaluation with ALTA scored as Near Native for Spanish spoken and understanding and 3 (out of 3) for reading comprehension.

## PROFESSIONAL MEMBERSHIPS AND ACTIVITIES

Certified Member in good standing of the American Translators Association

International Language Roundtable (ILR) Discussion Group

Expert panelist, Forensic Transcription and Translation Webinar, Hosted by Certified Interpreter Marco Hanson on December 3, 2022

## AWARDS AND RECOGNITIONS

2023 Criminal Division Assistant Attorney General's Award

2020 Organized Crime Drug Enforcement Task Force (OCDETF) National Award

2018 Organized Crime Drug Enforcement Task Force (OCDETF) National Award

2016 Organized Crime Drug Enforcement Task Force (OCDETF) National Award

2014, Assistant Attorney General's Award for Distinguished Service