# AUDIENCIAS REALIZADAS.

PROCESO: 09288-2018-01079-MILTON OMAR PIN MARQUEZ
PROCESO: 24281-2018-01605- VILLAMAR POLO JAVIER RAMON
PROCESO: 24281-2018-01608-ANDRADE NAVARRETE JORGE DANIEL, HUALPA
MIRANDA LUIS ARMANDO.
PROCESO: 07710-2018-01026-GOMEZ REYES EFREN MAUEL.
PROCESO: 09202-2018-01710- CUPERAN ASQUI STEVEN EDUARDO
PROCESO: 09288-2018-01037- JOSE VICENTE SUAREZ BURBANO, SUAREZ MONTENEGRO
JHON FREDDY.
PROCESO: 09326-2018-00645- ARANA SALCEDO LUIS ANGEL.
PROCESO: 09288-2018-01082- ALAVA PLUAS ERICK HECTOR.
PROCESO: 09287-2018-01490- CASTRO GARCIA JUAN EDISON.
PROCESO: 07257-2018-00031- PABLO ANIBAL VILLAVICENCIO RODRIGUEZ, EDGAR PATRICIO
CAJAMARCA FLORES.
PROCESO: 12313-2018-00443- VEGA MORA GUILBERTO DAVID.
PROCESO: 24281-2018-01686- TORRES TORRES OSCAR GUILLERMO
PROCESO: 12282-2019-00058- VITE FERNANDEZ CARLOS LUIS.
PROCESO: 24281-2019-00005- CASTRO CONSTANTE ELTON DANIEL.
PROCESO: 09288-2018-01011- MARIDUEÑA TRIANA ELIO ALBERTO.
PROCESO: 09281-2018-01589- MIRANDA CASTILLO MARCOS AURELIO
PROCESO: 12282-2018-01574- TORRES TOMALA JEFFESON SAMUEL
PROCESO: 24281-2018-00544- VILLACIS RODRIGUEZ CESAR PAUL
PROCESO: 24281-2018-01738- QUIJIJE QUIJIJE ITALO GONZALO
PROCESO: 09281-2019-00317-YAGUAL YAGUAL SANTIAGO RAFAEL.
PROCESO: 12281-2018-00237-MELO MORA JOSE LUIS.
PROCESO: 09281-2018-01566
PROCESO: 09326-2018-00937- OCHOA CUERO FRANCISCO DANIEL
PROCESO: 09287-2018-01571- RODRIGUEZ MARTINEZ JORGE
PROCESO: 07710-2018-00026- BARRE ALCIVAR ADELA
PROCESO: 24281-2018-00516- GARCIA CEDEÑO WILMER EDUARDO
PROCESO: 24281-2018-01006- RODRIGUEZ DE LA CRUZ ROBERT EDUARDO
PROCESO: 07711-2019-00027- CHRISTIAM ARMANDO PROAÑO ORDOÑEZ
PROCESO: 12281-2019-00027- RECALDE NAVEDA ANTONY RONALDO
PROCESO: 09287-2018-00449- NEIRA QUIÑONEZ LEITON
PROCESO: 09326-2018-00077- CASTELLANO EMPUÑO ORLY ORLANDO
PROCESO: 12282-2018-00015- BLANCA FLOR RAMIREZ TOMALA
PROCESO: 09281-2018-01391- COBOS PARRALES ANGIE VIVIANA
PROCESO: 09287-2018-01803- QUIÑONEZ GOMEZ NORIS MARCELA
PROCESO: 09284-2016-01507- QUIÑONEZ CALDERON
PROCESO: 24281-2018-00743- MENDOZA PARRAGA MIJAEL ALEXANDER
PROCESO: 12282-2018-01458- ALEXANDER RENE FRANCO CHICHINDE
PROCESO: 09288-2019-00103- CARREÑO BILLAO DANNY ELVIS.
PROCESO: 24282-2016-00012- ROXANA FERNANDA CORREA MEREJILDO.
PROCESO: 24202-2019- 00095- BALLESTA AGUSTIN
PROCESO: 07257-2019-00217- CONTRERAS CONTRERAS ERASMO MATIAS.

PROCESO: 24281-2018-00853- SOLORZANO MAGALLANES DARWIN
PROCESO: 24281-2018-00676- PINARGOTE SANTANA JUAN ENRIQUE
PROCESO: 09281-2018-04749
PROCESO: 09281-2018-02542
PROCESO: 09285-2018-01753
PROCESO: 13246-2012-00006- PAULA VIOLETA REYES SOLEDISPA
PROCESO: 09326-2018-00674- ACOSTA SALAZAR ISSAC DAVID.
PROCESO: 03281-2019-00199- KEVIN ALEXANDER LASCANO SALTOS Y BYRON SAUL
PACHECO SALTOS.
PROCESO: 12333-2019-00167- FRANCISCO GARCIA LEON
PROCESO: 24281-2018-00681- CATUTO TOMALA EDISON LUIS
PROCESO: 24281-2018-01346- QUIÑONEZ QUIÑONEZ HOLGER
PROCESO: 03281-2019-00220- ZAMBRANO CORONADOS JONATHAN RENE
PROCESO: 09266-2019-00221- ZAMBRANO AROCA OSCAR LEONARDO
PROCESO: 09288-2019-00178- FERNANDO JOSE FREIRE CALLE
PROCESO: 24281-2016-00683- LARA REVELO ROBERT IVAN
PROCESO: 09281-2018-04740
PROCESO: 09288-2017-01028- MONTOYA MORAN JESSICA JACQUELINE
PROCESO: 09281-2018-04736-
PROCESO: 09281-2018-04129
PROCESO: 09326-2016-00538- BOHORQUEZ COELLO JONATHAN DESAR
PROCESO: 09281-2018-02978-
PROCESO: 09241-2018-03337
PROCESO: 12282-2018-00851- VIVAS RIVERA JAVIER ADONIS
PROCESO: 24281-2018-00852- YAGUAL BAQUE ANGELO OMAR
PROCESO: 09281-2018-05169- PABLO MARCELO NARVAEZ
PROCESO: 09281-2018-04123
PROCESO: 07710-2018-00794- CHILA QUIROZ SANTA MARIANA
PROCESO: 09281-2018-04733
PROCESO: 24281-2018-00672- SUAREZ VERA CHARLES WILLIAM
PROCESO: 09287-2019- 00730- AREVALO SALAZAR ALEJANDRO EDUARDO Y PROAÑO VELEZ
JOSE YISON
PROCESO: 12282-2019-00864- BURGOS ESPIN GERARDO SILVANO
PROCESO: 09281-2018-03965
PROCESO: 09287-2019-01025- TIGRERO MASCOTE LUIS
PROCESO: 12282-2019-08977- RODDY ORLANDO HERNANDEZ MURILLO
PROCESO: 09287-2019-00974- MORENO QUINTE LUIS ENRIQUE
PROCESO: 09281-2018-03828
PROCESO: 09281-2018-03740
PROCESO: 09281-2018-03935
PROCESO: 09281-2018-00211
PROCESO: 09320-2018-00035
PROCESO: 24281-2018-01825- NAVARRETE ROMERO VICENTE WASHINGTON Y SUAREZ
ORRALA LUIGE JOSE
PROCESO: 09281-2018-05741
PROCESO: 09281-2018-05149
PROCESO: 09281-2018-05103

PROCESO: 09287-2018-01429 – VELIZ MENDIETA JOSE ANDRES, CANOLA ARROYO JAIME EDUARDO.
PROCESO: 24281-2018-00785- DEL PEZO TIGRERO JUAN, PERERO GONZALEZ PABLO
PROCESO: 24281-2019-00518- POZO ASENCIO JONATHAN STEVEN
PROCESO: 242281-2019-01237 SUAREZ BRAVO JAME DENNY
PROCESO:09287-2018-01115- SANCHEZ ROGEL NIXON JAVIER Y VEGA VEGA YVAN MARCELO
PROCESO: 09288-2018-00853- CARLOS DARIO MINA SANTANA
PROCESO: 24281-2018-01787- SUAREZ PITA DANILO REYNALDO
PROCESO: 09281-2018- 05864- RIVADENEIRA AQUINO MILTON GEOVANNY
PROCESO: 09287-2019-00646- DE LA TORRE CISNEROS VICTOR
PROCESO: 09281-2019-03926
PROCESO: 12282-2019-00109- GAMBOA BRAVO GREGORIO JESUS
PROCESO: 07710-2019-01014- GUZMAN PONCHILUPI RONALDO ALFONSO
PROCESO: 09281-2018-05328
PROCESO: 07257-2019-00967- MARCO ANTONIO MERIZALDE NEIRA.
PROCESO: 07710-2019-01184- CASTILLO MARQUEZ PEDRO ISRAEL
PROCESO: 20332-2019-00417- LUIS ENRIQUE BONILLA CAICEDO.
PROCESO: 09288-2019-01110- CRISTIAN KEVIN BASTIDAS GOYES
PROCESO: 12282-2019-01776- VALDIVIEZO MEDINA JUAN CARLOS
PROCESO: 24281-2019-01734- PARRALS MENECE VICTOR
PROCESO: 24281-2019-01706- MERCHAN MONTES JULIO ALBERTO
PROCESO: 09281-2019-04674
PROCESO: 09287-2019-01409- LUNA SANDOVAL JOSUE RAFAEL
PROCESO: 24281-2019- 01860 CHOEZ BAQUE BENITO RICARDO
PROCESO: 09326-2019-00557 VINUEZA PITA JOHN DIEGO
PROCESO: 09288-2019-01462- JUAN CARLOS CHIMBA SALVATIERRA
PROCESO: 09288-2019-01553- BATALLA SARMIENTO MORA VERA
PROCESO: 09287-2019-00401-PACHECO GONZAGA CAROLINA
PROCESO: 09281-2019-04901- BERMEO JATIVA KEVIN OLMEDO
PROCESO: 20332-2019-00420 MARLON JAIRO CATOPUCHA
PROCESO: 09287-2019-00455 TOLA CARDENAS BRYAN
PROCESO: 24281-2019-01886- CAMPOS YAGUAL EVELUN ANAHI
PROCESO: 09287-2019-01976- TROYA ZURITA SANDY KELLY
PROCESO. 24281-2019-01182- CASTILLO PIN WIMPPER JAVIER
PROCESO: 09285-2019-00010-
PROCESO: 09281-2019-05499- TOMALA MEDINA MARCOS WILLIAM
PROCESO. 09281-2019-05315- MEDINA RODRIGUEZ JOSE ALBERTO
PROCESO: 09266-2019-00263
PROCESO: 09281-2019-05541- DOMINGUEZ CHAVEZ JOSE DANILO
PROCESO: 09281-2019-05364- BANCHON SANDOVAL ANTHONY JESUS
PROCESO: 09281-2019-05313- BORJA CARRIEL ANDERSON MAURICIO
PROCESO: 09267-2021-00551- HEREDIA PEÑA CARLOS FERNANDO Y FRANCISCO ALEXANDER PEÑARANDA ZHUNINO
PROCESO: 242281-2021-01692-CONSTANTE CORTES JOSE JONATHAN Y MARTIN MALAVE DANNY MARCELO
PROCESO: 11282-2021-052806- ANDERSON JOAQUIN SOLANO NEIRA
PROCESO: 09281-2021-000537- POTES CHICAIZA ALEXIS DAVID

PROCESO: 09281-2021-00115- ALZAMORA QUIMI JAVIER EDUARDO
PROCESO: 09292-2021-00554- BURGOS TUBAY EINER ANDRES, CALDERON JORDAN DARIO
PROCESO: 09281-2020-03748- DAVID JONATHAN ZAMBRANO
PROCESO: 24281-2021-00421- PORTILLA ZUMBA HENRY JOEL.
PROCESO: 12333-2020-00297- JOSE GABRIEL GARCIA MORENO
PROCESO: 09281-2021-01190- CELIN PIEDRAHITA ROLANDO ALBERTO.
PROCESO: 24281-2021-00621- MANZO SORIANO VICTOR STEVEN.
PROCESO: 24281-2021-00549- PIGUAVE SORIANO ALFREDO PAULINO.
PROCESO: 09287-2021-01693- MENDOZA JOSE ALEJANDRO.
PROCESO: 09292-2021-00932- HAZ LOOR DAYANNA GABRIELA
PROCESO: 11282-2021-07924- CAPA CARCHI VICTOR HUGO.
PROCESO: 09288-2021-01314- MORALES VALVERDE MIRIAM ELIZABETH.
PROCESO: 09281-2021-03325- TUMBACO MORAN CARLOS ALBERTO
PROCESO: 24281-2021-00427- BRYAN ROLANDO CASTRO PANCHANA
PROCESO: 09281-2022-00027- MENDOZA PERALTA SEGUNDO LEONARDO
PROCESO: 09281-2021-00575- PARRALES QUINDE JACQUELIN MARIA
PROCESO: 09281-2021-02465- ZAMBRANO MONTERO JOSE LUIS.
PROCESO: 09281-2020-04166- ARIAS VILLAMAR ANGEL ALEXANDER
PROCESO: 09282-2022-00041- CASTRO RIZO CRISTHIAN STEVEEN, DOMINGUEZ
DOMINGUEZ DAVID ROBERTO
PROCESO: 09266-2021-00534- GUERRERO MACIAS ANDERSON XAVIER,
PROCESO: 09281-2019-03117- COBEÑA LOOR CRISTIAN ISRAEL
PROCESO: 12332-2020-00277- PATRICIO BOLIVAR VERA MENDOZA
PROCESO: 24281-2021-01346- LOPEZ VILLARRUEL WASHINGTON ISRAEL.
PROCESO: 20332-2022-00066- JIMMY ANDRES SOBERON CAICEDO
PROCESO: 09287-2022-00187- BRIONEZ MANDOZA GEOVANNY ALBERTO
PROCESO: 20332-2022-00072- GARCIA NAZARENO CRISTIAN PAUL.
PROCESO: 24281-2021-00176- GONZALEZ DEL PEZO HENRY JUSTIN
PROCESO: 09320-2021-00169- MONTAÑO PORTOCARRERO ALBERTO, CALIZA ESTUPIÑAN
JAIRO STALIN.
PROCESO:  09281-2021-02107- VERA MORAN CARLOS ENRIQUE
PROCESO: 09292-2021-01466- MACIAS CANTOS LUIS ANDRES.
PROCESO: 09281-2021-00175- DUQUE ZAMBRANO JOEL, MORENO CEVALLOS GASTON
ALEXANDER, ZAMBRANO VERGARA SEGUNDO OCTAVIO.
PROCESO: 24281-2021-00621- MANZO SORIANO VICTOR.
PROCESO: 24281-2021-01390- CUELLAR PEREIRA WILLIAM GONZALO
PROCESO: 09266-2021-00533- ANTONIO DIAZ BECERRA
PROCESO: 09292-2021-01607- INTRIAGO REYES RICHAR
PROCESO: 09937-2021-00297- JAMA ORRALA WILSON MIGUEL
PROCESO: 09292-2021-01718- PARRA MOLINA VICTOR HUGO
PROCESO: 24281-2021-00689- BENAVIDES VILCHE JOB MISAEL
PROCESO: 12281-2021-00210- CUERO BAUTISTA CRISTIAN CRISTOBAL, MARTINEZ
ANCHUNDIA DARIO JAVIER
PROCESO: 11318-2021-00090- JULIO CESAR COBO SANCHEZ
PROCESO: 09292-2022-00661- PI8NELA HEREDERO MICHAEL.
PROCESO: 24281-2021-01650- PINTA CACERES CRISTIAN EFREN
PROCESO: 09281-2021-01330- MORAN VALENZUELA JOSE ABRAHAM

PROCESO: 24281-2021-01693- ANTHONY JOEL VELIZ PACHECO Y BYRON DANIEL BOHORQUEZ CALDERON.
PROCESO: 09292-2022-00820- PEREA MENDEZ CARLOZ STENEN.
PROCESO: 09292-2022-00597- BENNETH AYOVI JOSUE ABRAHAN
PROCESO: 24202-2022-00174- ORELLANA MONTALVO DAVID MANUEL
PROCESO: 24281-2021-01407- SORIANO SORIANO ANDRES RODOLFO.
PROCESO: 24281-2021-01455- ROSALES VERA WASHINTON ALBERTO
PROCESO: 24281-2021-01706- DE LA CRUZ DEL PEZO NESTOR WILLIAM, MORALES SOLORZANO CARLOS JOSE.
PROCESO: 09292-2021-02200- CARDOSO CEDEÑO JULIO ENROQUE
PROCESO: 24281-2021-01538- AQUINO MEDINA HENRY BENARDO.
PROCESO: 24281-2021-02451- JIMBER JAVIER CHICA OLMEDO.
PROCESO: 24281-2021-00355- DE LA CRUZ PANCHANA JACQUELINE BEATRIZ
PROCESO: 09281-2021-02873- BYRON DE JESUS MORAN Y SALCEDO ESPIN EDUARDO
PROCESO: 09281-2020-02746- ALAVA GUALE NAHIM DANIEL
PROCESO: 09281-2020-01105- WELLINTON URIBE EVELYN STEFANIA
PROCESO: 09292- 2022-00028- CHALEN CHAVEZ JULESY JUDITH, VERA CASTRO JOSUE ANDRES.
PROCESO: 09281-2022-01478- VILLAMAR PEREZ WILMER ARMANDO
PROCESO: 24281-2021-00355- DE LA CRUZ PANCHANA JACQUELINE BEATRIZ.
PROCESO: 24281-2021-01095- CASTILLO RODRIGUEZ ANDRES PATRICIO.
PROCESO: 24281-2022-00175- QUIJIJE PARRALES JONATHAN ALEXANDER
PROCESO: 09292-2022-00374- AYLLA PACHECO OSCAR ARMANDO
PROCESO: 09281- 2022-00631- PLAZA ALVAREZ KEVIN ADOLFO Y LINO CARDENAS WAGNER AGUSTIN.
PROCESO:09281-2020-01040-  CAMPOVERDE ZAMBRANO ANA MARIA, CAMPOVERDE MEDINA JOSE ENRIQUE, RIERA FIGUEROA DANIEL ERNESTO.
PROCESO: 09281-2021-00623- EMILIO BOLIVAR CARPIO VEGA
PROCESO: 09281-2019-05553- POZO GUARANDA RONNY STALIN
PROCESO: 09281-2020-04060- COLOMA MONSERRATE PHILLIPS MIKE Y GARCIA SANCHEZ ERICK SEBASTIAN.
PROCESO: 09281-2016-003765- RODRIGUEZ CAMPOVERDE KEVIN JIMMY
PROCESO: 09281-2020-03748- DAVID JHONATHAN ZAMBRANO SOLANO Y GENESIS VERONICA MORA BARAHONA
PROCESO: 09281-2021-02816- MORENO NAVARRETE CARLOS ROBERTO
PROCESO: 09281-2018-03814- KLEBER ADAN MAZA PANIMBOZA
PROCESO: 09281-2021-00635- DE LA CRUZ CHICHANDE DIANA MICHELL
PROCESO:09281-2020-01917- CAMPOZANO ORTIZ MARIA EUGENIA.
PROCESO: 24281-2021-01651- FLORES FLORES JORGE WILLIAM