UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GUILLERMO NARANJO-HENAO,<br>also known as "Diego,"<br><br>Defendant. | CRIMINAL NO.: 18-CR-131 (RDM) |

## PROPOSED VERDICT SHEET

The parties jointly propose the attached verdict sheet.

Dated: September 16, 2025

Respectfully submitted,

Nhan Nguyen, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

 /s/ Manuel J. Retureta                    /s/ D. Hunter Smith
Manuel J. Retureta, Esq.                   Lernik Begian
Counsel for the Defendant                  D. Hunter Smith
300 New Jersey Ave, NW                     James Hepburn
Suite 300                                  Trial Attorneys
Washington, D.C. 20001                     Criminal Division
mjr@returetawassem.com                     U.S. Department of Justice
                                           1400 New York Ave, NW
                                           Washington, D.C. 20530
                                           lernik.begian@usdoj.gov
                                           david.h.smith@usdoj.gov
                                           james.hepburn2@usdoj.gov