UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JUAN GUILLERMO NARANJO-HENAO,**<br>also known as "Diego,"<br><br>                    **Defendant.** | **CRIMINAL NO.: 18-CR-131 (RDM)** |

### [PROPOSED] VERDICT SHEET

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

On Count One of the Indictment, which charges conspiracy to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, intending, knowing, and having reasonable cause to believe that it would be unlawfully imported into the United States, we, the jury, unanimously find the Defendant, Juan Guillermo Naranjo-Henao

NOT GUILTY _____        GUILTY _____

Foreperson _____        Date _____