**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JUAN GUILLERMO NARANJO-HENAO,**<br>**also known as "Diego," et al.,**<br><br>        **Defendants.** | **CRIMINAL NO.: 18-CR-131 (RDM)** |

### GOVERNMENT MOTION TO UNSEAL CASE

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order directing that public docket of the above-captioned case be unsealed.

### Background

1.      On May 3, 2018, a federal grand jury sitting in the District of Columbia returned an original Indictment against Juan Guillermo Naranjo-Henao, also known as "Diego," (hereinafter "Naranjo-Henao") and a co-defendant (hereinafter the "co-defendant"). On that same day, Magistrate Judge G. Michael Harvey signed the arrest warrants for both defendants. Also on the same day, the Government filed a motion to seal the Indictment and both arrest warrants, based on the grounds of needing to ensure the safety of witnesses and law enforcement officers and allow the government the ability to apprehend the defendants, without alerting them of their impending arrests.

2.      On December 20, 2024, the Indictment was unsealed as to Naranjo-Henao, but remained sealed as to the co-defendant. On April 12, 2026, the co-defendant was apprehended in

1

a foreign country and the Government has determined that the reasons initially cited for sealing the Indictment and the arrest warrant as to the co-defendant are no longer necessary or applicable.

3.      For the foregoing reasons, the Government respectfully requests that the docket in the present case be fully unsealed as to both defendants.

Respectfully submitted,

MARGARET A. MOESER, Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice


By:    */s/ James Hepburn*
Lernik Begian
James Hepburn
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
Lernik.begian@usdoj.gov
James.hepburn2@usdoj.gov

2